IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CHARLIE W. VINCENT and )
CHRISTINA E. ARRINGTON, )
)
Plaintiffs, )
)
v. ) CASE NO. CV412-166
)
OLD DOMINION FREIGHT LINE, )
INC. and BUDDY DUANE )
CHAMPION, )
)
Defendants. )

## ORDER

Before the Court is the parties' Stipulation of Dismissal. (Doc. 32.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE** and each party shall bear its own costs and attorney's fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 19th day of November 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA